United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROL E. BURRELL, *Plaintiff*, | § § § | |
| v. | § § § | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, *Defendant* | § § § § § | CIVIL ACTION NO. 4:15-CV-0977 |

## ORDER OF ADOPTION

On March 24, 2016, Magistrate Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 15) recommending that Plaintiff's motion for summary judgment (Dkt. 11) be granted and the Commissioner's motion for summary judgment (Dkt. 13) be denied. No objections have been filed. Having considered the record and law, the court hereby ADOPTS the memorandum and recommendation as this court's order.  It is therefore

ORDERED the Commissioner's decision denying Burrell's disability benefits is reversed and this case is remanded for further proceedings consistent with the court's rulings.

Signed at Houston, Texas, on April 22, 2016.

*David Hittner*

DAVID HITTNER
UNITED STATES DISTRICT JUDGE